## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

MARIO ROSALES, ET AL                    CIVIL ACTION NO. 1:22-CV-5838

VERSUS                                  JUDGE TERRY A. DOUGHTY

JIM LEWIS, ET AL                        MAG. JUDGE PEREZ-MONTES

## ANSWER AND AFFIRMATIVE DEFENSES OF CITY OF ALEXANDRIA

NOW INTO COURT, through undersigned counsel, comes defendants, CITY OF ALEXANDRIA (the "City"), JIM LEWIS ("Lewis"), RONNEY L. HOWARD ("Howard"), and SAMUEL TERRELL ("Terrell") (collectively "Defendants"), who in response to plaintiffs' Complaint state:

### AFFIRMATIVE DEFENSES

#### FIRST DEFENSE

Plaintiffs' Complaint fails to state any claim upon which relief can be granted.

#### SECOND DEFENSE

The City and the individual Defendants did not violate any constitutional right(s) of plaintiffs and all actions of the Defendants were objectively reasonable considering clearly established law; the individual Defendants are entitled to qualified immunity.

#### THIRD DEFENSE

Defendants plead the protections and/or defenses of the following statutes: La. R.S. 9: 2800 (public body immunity); La. R.S. 9:2798.1 (public official immunity); La. R.S. 13:5105; La. R.S. 13:5106; La. R.S. 42:1441, et seq. (political subdivision immunity); La. R.S. 13:5106 (limitation

on damage awards); La. R.S. 13:5109 (limitation on collection of judgments and settlements); La. R.S. 46:2136-2142, and 42 U.S.C. § 1981a(b)(3) (limitation on damages).

## FOURTH DEFENSE

There is no policy, pattern, practice or custom that was the purported moving force for alleged violation of any constitutional right as required to establish municipal liability under *Monell v. Department of Social Services*, 436 U.S. 658, 690, 98 S.Ct. 2018, 56 L.Ed.2d 611 (1978).

## FIFTH DEFENSE

Defendants aver there was reasonable suspicion for officers to approach the vehicle driven by plaintiffs, and that there was probable cause to detain plaintiffs.

## SIXTH DEFENSE

Defendants aver plaintiffs' suit is frivolous under 42 U.S.C. § 1983, thus entitling defendants to their attorney fees, expert fees, and costs in defense of plaintiffs' claims.

## SEVENTH DEFENSE

Plaintiffs are not entitled to present evidence of any alleged damages not disclosed prior to trial and supported by evidence produced through discovery.

## EIGHTH DEFENSE

Plaintiffs have no right to recover any amounts written off or contractually adjusted by any health care provider because of that provider's receipt of Medicare and/or Medicaid payment for plaintiffs' medical treatment.

## NINTH DEFENSE

Plaintiffs have no right to recover any amounts paid by Medicare and/or Medicaid as the rights to recover those payments have been assigned by them and by operation of law to Medicare and Medicaid.

## TENTH DEFENSE

In the alternative, and only in the event it is determined any defendant is liable for any claim asserted herein, which liability is specifically denied, any damage award to plaintiffs (which damages are also specifically denied) should be offset by plaintiffs' failure to mitigate his damages.

## ELEVENTH DEFENSE

The City has no liability under 42 U.S.C. § 1981 because there is no (1) official policy (2) promulgated by the municipal policymaker (3) that was the moving force behind the alleged violation of any constitutional rights of plaintiffs. *Jett v. Dallas Indep. Sch. Dist.,* 491 U.S. 701, 735-736, 109 S.Ct. 2702, 105 L.Ed.2d 598 (1989); *Jones v. City of Houston,* 756 Fed. Appx. 341, 346 (5th Cir. 2018).

## TWELFTH DEFENSE

In the alternative, Defendants affirmatively plead the immunity provided by La. R.S. 2798.1 ["Policymaking or discretionary acts or omissions of public entities or their officers or employees"].

## THIRTEENTH DEFENSE

In the alternative, the individuals Defendants are entitled to qualified immunity. "Government officials enjoy qualified immunity from personal liability for harms they commit in performing the discretionary functions of their jobs." *Jones v. City of Houston,* 756 Fed.Appx. 341, 347, *citing Haverda v. Hays City,* 723 F.3d 586, 598 (5th Cir. 2013).

## FOURTEENTH DEFENSE

Defendants deny they owed or assumed a duty to plaintiffs, or, if a duty existed, that Defendants breached any such duty.

## FIFTEENTH DEFENSE

Defendants deny their actions were the legal or proximate cause of the injuries or damages alleged and deny the scope of any duty owed encompassed the risk alleged to have resulted in the alleged injuries or damages; Defendants aver the sole and proximate cause of the incident and injuries were the plaintiffs' actions.

## SIXTEENTH DEFENSE

If plaintiffs sustained any damages whatsoever in the manner alleged in the petition – which the Defendants specifically deny – the alleged damages were not sustained as a result of any fault, neglect, or want of due care on the part of the Defendants or any person or entity for whose conduct the Defendants were in any way responsible; Defendants show any damages alleged in the  Complaint were caused by the negligence and/or fault of third-parties, not the Defendants. Such fault as described in the Complaint is pled as an absolute bar to recovery or alternatively to reduce any such recovery by the Defendants by the percentage of fault attributed to the plaintiffs.

## SEVENTEENTH DEFENSE

If plaintiffs sustained any damages whatsoever in the manner alleged in the petition – which the Defendants specifically deny – such damages were caused partially or solely by the negligence of plaintiffs, whose negligence should bar or reduce any recovery against the defendants.

## EIGHTEENTH DEFENSE

Defendants plead the following non-exclusive limitations and defenses under the Louisiana Revised Statutes:

A)      §9:2792.4 (limiting liability of boards, commissions, and authorities);

B)   9:2793.1 (immunity from damage to property)

C)   §9:2798.4 (immunity for policymaking or discretionary acts or omissions)

D)   §9:2798.4 (limiting liability to intoxicated plaintiffs;

E)   §9:2800 (limiting care and custody immunity)

F)   §9:2800.10 (limiting liability to felonious plaintiffs);

G)   §13:4521 (limitations on court cost)

H)   §13:5104 (limitations on venue)

I)   §13:5106 (limitations on damage awards)

J)   §13:5109 (limitations on collection of judgments and settlements)

K)   §13:5112 (limitations on court costs and legal interest)

L)   §33:1345 (prohibiting suits against inter-local risk pools); and

M)   §42:1441.3 (limiting vicarious liability).

## NINETEENTH DEFENSE

Defendants are not liable to plaintiffs because at all times Defendants acted within the scope of their discretionary authority, thereby entitling them to discretionary immunity pursuant to state and federal law..

## TWENTIETH DEFENSE

Police officers are entitled to conduct reasonable searches for the protection of the officer, regardless of the existence of probable cause to arrest an individual for a crime. *Terry v. Ohio*, 392 U.S. 1 (1968). "[D]ue weight must be given . . . to the specific reasonable inferences which [the officer] is entitled to draw from the facts in light of [the officer's] experience." *Id.*

## TWENTY FIRST DEFENSE

The Complaints fails to state facts constituting a cause of action against Defendants.

## TWENTY SECOND DEFENSE

Defendants plead that any force used upon the plaintiffs was reasonable and necessary under

the circumstances.

## TWENTY THIRD DEFENSE

All actions taken by Defendants were taken by officials who had a reasonable, good-faith belief that their actions were legal and constitutional and, thus, they are entitled to good faith defense and/or qualified immunity.

**AND NOW, for answer to the Complaint's specific allegations, Defendants state:**

Paragraph 1:   The allegations assert a legal argument and do not require a response; in an abundance of caution, all allegations are denied.

Paragraph 2:   The allegations are denied as written.

Paragraph 3: The allegations assert a legal argument or conclusion and do not require a response; in an abundance of caution, all allegations are denied.

Paragraph 4: The allegations assert a legal argument or conclusion and do not require a response; in an abundance of caution, all allegations are denied.

Paragraph 5: The allegations assert a legal argument or conclusion and do not require a response; in an abundance of caution, all allegations are denied.

Paragraph 6: The allegations assert a legal argument or conclusion and do not require a response; in an abundance of caution, all allegations are denied.

Paragraph 7: The allegations assert a legal argument or conclusion and do not require a response; in an abundance of caution, all allegations are denied.

Paragraph 8: The allegations are denied.

Paragraph 9: The allegations are denied.

Paragraph 10: The allegations assert a legal argument or conclusion and do not require a response; in an abundance of caution, all allegations are denied.

Paragraph 11: The allegations are denied for lack of information sufficient to justify a belief therein.

Paragraph 12: The allegations are denied for lack of information sufficient to justify a belief therein. Further responding, defendants specifically deny the existence of any "illegal search."

Paragraph 13: The allegations are denied as written.

Paragraph 14. The allegations assert a legal argument or conclusion and do not require a response; in an abundance of caution, all allegations are denied.

Paragraph 15: The allegations are denied as written.

Paragraph 16: The allegations assert a legal argument or conclusion and do not require a response; in an abundance of caution, all allegations are denied.

Paragraph 17: The allegations assert a legal argument or conclusion and do not require a response; in an abundance of caution, all allegations are denied.

Paragraph 18: The allegations are denied as written.

Paragraph 19: The allegations are admitted.

Paragraph 20: The allegations assert a legal argument or conclusion and do not require a response; in an abundance of caution, all allegations are denied.

Paragraph 21: The allegations assert a legal argument or conclusion and do not require a response; in an abundance of caution, all allegations are denied.

Paragraph 22:  The allegations assert a legal argument or conclusion and do not require a response; in an abundance of caution, all allegations are denied.

Paragraph 23:  The allegations assert a legal argument or conclusion and do not require a response.

Paragraph 24:  The allegations assert a legal argument or conclusion and do not require a response.

Paragraph 25: The allegations are denied for lack of information sufficient to justify a belief therein.

Paragraph 26: The allegations are denied for lack of information sufficient to justify a belief therein.

Paragraph 27: The allegations are denied for lack of information sufficient to justify a belief therein.

Paragraph 28: The allegations are denied as written.

Paragraph 29: The allegations are denied as written.

Paragraph 30: The allegations are denied as written.

Paragraph 31: The allegations are denied as written.

Paragraph 32: The allegations are denied for lack of information sufficient to justify a belief therein.

Paragraph 33: The allegations are denied as written.

Paragraph 34: The allegations are denied as written.

Paragraph 35: The allegations are denied for lack of information sufficient to justify a belief therein.

Paragraph 36: The allegations are denied for lack of information sufficient to justify a belief therein.

Paragraph 37: The allegations are denied for lack of information sufficient to justify a belief therein.

Paragraph 38: The allegations are denied as written.

Paragraph 39: The allegations are denied for lack of information sufficient to justify a belief therein.

Paragraph 40: The allegations are denied for lack of information sufficient to justify a belief therein.

Paragraph 41: The allegations are denied as written.

Paragraph 42: The allegations are denied as written.

Paragraph 43: The allegations are denied as written.

Paragraph 44: The allegations are denied as written.

Paragraph 45: The allegations are denied as written.

Paragraph 46: The allegations are denied as written.

Paragraph 47: The allegations are denied as written.

Paragraph 48: The allegations are denied as written.

Paragraph 49: The allegations are denied as written.

Paragraph 50: The allegations are denied as written.

Paragraph 51: The allegations are denied as written.

Paragraph 52: The allegations are denied as written.

Paragraph 53: The allegations are denied as written.

Paragraph 54: The allegations are denied as written.

Paragraph 55: The allegations are denied as written.

Paragraph 56: The allegations are denied as written.

Paragraph 57: The allegations are denied as written.

Paragraph 58: The allegations are denied as written.

Paragraph 59: The allegations are denied as written.

Paragraph 60: The allegations are denied as written.

Paragraph 61: The allegations are denied as written.

Paragraph 62: The allegations are denied as written.

Paragraph 63: The allegations are denied as written.

Paragraph 64: The allegations are denied as written.

Paragraph 65: The allegations are denied as written.

Paragraph 66: The allegations are denied as written.

Paragraph 67: The allegations assert a legal argument or conclusion and do not require a response; in an abundance of caution, all allegations are denied.

Paragraph 68: The allegations are denied as written.

Paragraph 69: The allegations are denied as written.

Paragraph 70: The allegations are denied as written.

Paragraph 71: The allegations are denied as written.

Paragraph 72: The allegations are denied as written.

Paragraph 73: The allegations are denied as written.

Paragraph 74: The allegations are denied as written.

Paragraph 75: The allegations are denied as written.

Paragraph 76: The allegations are denied as written.

Paragraph 77: The allegations are denied as written.

Paragraph 78: The allegations are denied as written.

Paragraph 79: The allegations are denied as written.

Paragraph 80: The allegations are denied as written.

Paragraph 81: The allegations are denied as written.

Paragraph 82: The allegations are denied as written.

Paragraph 83: The allegations are denied for lack of information sufficient to justify a belief therein.

Paragraph 84: The allegations are denied as written.

Paragraph 85: The allegations are denied as written.

Paragraph 86: The allegations are denied as written.

Paragraph 87: The allegations are denied as written.

Paragraph 88: The allegations are denied as written.

Paragraph 89: The allegations are denied as written.

Paragraph 90: The allegations are denied as written.

Paragraph 91: The allegations are denied as written.

Paragraph 92: The allegations are denied as written.

Paragraph 93: The allegations are denied as written.

Paragraph 94: The allegations are denied as written.

Paragraph 95: The allegations are denied as written.

Paragraph 96: The allegations are denied as written.

Paragraph 97: The allegations are denied as written.

Paragraph 98: The allegations are denied as written.

Paragraph 99: The allegations are denied as written.

Paragraph 100: The allegations are denied as written.

Paragraph 101: The allegations are denied as written.

Paragraph 102: The allegations are denied as written.

Paragraph 103: The allegations are denied as written.

Paragraph104: The allegations assert a legal argument or conclusion and do not require a response;

in an abundance of caution, all allegations are denied.

Paragraph 105: The allegations are denied as written.

Paragraph 106: The allegations are denied as written.

Paragraph 107: The allegations are denied as written.

Paragraph 108: The allegations are denied as written.

Paragraph 109: The allegations are denied as written.

Paragraph110: The allegations assert a legal argument or conclusion and do not require a response;

in an abundance of caution, all allegations are denied.

Paragraph 111: The allegations are denied for lack of information sufficient to justify a belief

therein.

Paragraph 112: The allegations are denied as written.

Paragraph 113: The allegations are denied as written.

Paragraph 114: The allegations are denied as written.

Paragraph 115: The allegations are denied as written.

Paragraph 116: The allegations are denied as written.

Paragraph 117: The allegations are denied as written.

Paragraph 118: The allegations are denied as written.

Paragraph 119: The allegations are denied as written.

Paragraph 120: The allegations are denied as written.

Paragraph 121: The allegations are denied as written.

Paragraph 122: The allegations are denied as written.

Paragraph 123: The allegations are denied as written.

Paragraph 124: The allegations are denied as written.

Paragraph 125: The allegations are denied as written.

Paragraph 126: The allegations are denied as written.

Paragraph 127: The allegations are denied as written.

Paragraph 128: The allegations are denied as written.

Paragraph 129: The allegations are denied as written.

Paragraph 130: The allegations are denied as written.

Paragraph 131: The allegations are denied as written.

Paragraph 132: The allegations are denied as written.

Paragraph 133: The allegations are denied as written.

Paragraph 134: The allegations are denied as written.

Paragraph 135: The allegations are denied as written.

Paragraph 136: The allegations are denied as written.

Paragraph 137: The allegations are denied as written.

Paragraph 138: The allegations are denied as written.

Paragraph 139: The allegations are denied as written.

Paragraph 140: The allegations are denied as written.

Paragraph 141: The allegations are denied as written.

Paragraph 142: The allegations are denied as written.

Paragraph 143: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 144: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 145: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 146: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 147: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 148: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 149: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 150: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 151: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 152: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 153: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 154: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 155: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 156: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 157: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 158: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 159: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 160: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 161: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 162: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 163: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 164: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 165: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 166: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 167: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 168: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 169: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 170: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 171: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 172: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 173: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 174: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 175: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 176: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 177: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 178: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 179: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 180: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 181: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 182: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 183: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 184: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 185: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 186: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 187: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 188: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 189: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 190: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 191: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 192: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 193: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 194: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 195: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 196: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 197: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 198: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 199: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 200: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 201: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 202: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 203: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 204: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 205: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 206: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 207: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 208: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 209: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 210: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 211: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 212: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 213: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 214: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 215: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 216: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 217: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 218: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 219: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 220: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 221: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 222: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 223: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 224: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 225: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 226: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 227: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 228: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 229: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 230: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 231: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 232: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 233: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 234: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 235: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 236: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 237: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 238: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 239: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 240: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 241: The allegations are denied.

Paragraph 242: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 243: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 244: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 245: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 246: The allegations are denied as written and for lack of information sufficient to justify a belief therein.

Paragraph 247: The allegations do not require a response; in an abundance of caution, all allegations are denied.

Paragraph 248: The allegations are legal arguments and conclusion and do not require a response; in an abundance of caution all allegations are denied.

Paragraph 249: The allegations are legal arguments and conclusion and do not require a response; in an abundance of caution all allegations are denied.

Paragraph 250: The allegations are denied as written.

Paragraph 251: The allegations are legal arguments and conclusion and do not require a response; in an abundance of caution all allegations are denied.

Paragraph 252: The allegations are legal arguments and conclusion and do not require a response; in an abundance of caution all allegations are denied.

Paragraph 253: The allegations do not require a response; in an abundance of caution all allegations are denied.

Paragraph 254: The allegations are legal arguments and conclusion and do not require a response; in an abundance of caution all allegations are denied.

Paragraph 255: The allegations are legal arguments and conclusion and do not require a response; in an abundance of caution all allegations are denied.

Paragraph 256: The allegations are legal arguments and conclusion and do not require a response; in an abundance of caution all allegations are denied.

Paragraph 257: The allegations are legal arguments and conclusion and do not require a response; in an abundance of caution all allegations are denied.

Paragraph 258: The allegations are denied as written.

Paragraph 259: The allegations are legal arguments and conclusion and do not require a response; in an abundance of caution all allegations are denied.

Paragraph 260: The allegations are legal arguments and conclusion and do not require a response; in an abundance of caution all allegations are denied.

Paragraph 261: The allegations do not require a response; in an abundance of caution all allegations are denied.

Paragraph 262: The allegations are legal arguments and conclusion and do not require a response; in an abundance of caution all allegations are denied.

Paragraph 263: The allegations are legal arguments and conclusion and do not require a response; in an abundance of caution all allegations are denied.

Paragraph 264: The allegations are legal arguments and conclusion and do not require a response; in an abundance of caution all allegations are denied.

Paragraph 265: The allegations are legal arguments and conclusion and do not require a response; in an abundance of caution all allegations are denied.

Paragraph 266: The allegations are legal arguments and conclusion and do not require a response; in an abundance of caution all allegations are denied.

Paragraph 267: The allegations do not require a response; in an abundance of caution all allegations are denied.

Paragraph 268: The allegations are legal arguments and conclusion and do not require a response; in an abundance of caution all allegations are denied.

Paragraph 269: The allegations are legal arguments and conclusion and do not require a response; in an abundance of caution all allegations are denied.

Paragraph 270: The allegations are legal arguments and conclusion and do not require a response; in an abundance of caution all allegations are denied.

Paragraph 271: The allegations do not require a response; in an abundance of caution all allegations are denied.

Paragraph 272: The allegations are legal arguments and conclusion and do not require a response; in an abundance of caution all allegations are denied.

Paragraph 273: The allegations are legal arguments and conclusion and do not require a response; in an abundance of caution all allegations are denied.

Paragraph 274: The allegations are legal arguments and conclusion and do not require a response; in an abundance of caution all allegations are denied.

Paragraph 275, including subparts (a) through d: The allegations are denied.

Paragraph 276: The allegations are legal arguments and conclusion and do not require a response; in an abundance of caution all allegations are denied.

Paragraph 277: The allegations are legal arguments and conclusion and do not require a response; in an abundance of caution all allegations are denied.

Paragraph 278: The allegations are legal arguments and conclusion and do not require a response; in an abundance of caution all allegations are denied.

Paragraph 279: The allegations do not require a response; in an abundance of caution all allegations are denied.

Paragraph 280: The allegations are legal arguments and conclusion and do not require a response; in an abundance of caution all allegations are denied.

Paragraph 281: The allegations are legal arguments and conclusion and do not require a response; in an abundance of caution all allegations are denied.

Paragraph 282: The allegations are legal arguments and conclusion and do not require a response; in an abundance of caution all allegations are denied.

Prayer for Relief: The plaintiffs' prayer for relief does not require a response. Notwithstanding, the Defendants deny any liability to plaintiffs, whatsoever.

Demand for Jury Trial: Defendants demand a jury trial on all issues so triable under Feder Rules of Civil Procedure 38 and Local Civil Rule 38.1.

**And now, further responding to the entirety of plaintiff's Complaint**, Defendants state that, regarding Paragraphs 1-282, and all subparts thereof, to the extent any allegation is not specifically addressed above, the allegation is denied.

WHEREFORE, defendants, CITY OF ALEXANDRIA, RONNEY HOWARD, JIM LEWIS, and SAMUEL TERRELL, pray their Answer and Affirmative Defenses be deemed good and sufficient, and after due proceedings, Judgment be rendered in the Defendants' favor and against plaintiffs, dismissing plaintiffs' demands with prejudice. Defendants further pray that plaintiffs be found liable for paying defendants' costs and attorney fees arising from and/or associated with plaintiffs' filing of this lawsuit, and Defendants' defense of the same

Respectfully submitted,
**GOLD, WEEMS, BRUSER, SUES & RUNDELL**

By: */s/ Joshua J. Dara, Jr.*
    Joshua J. Dara, Jr. (#35739) T.A.
    Michael J. O'Shee (#10268)
    Steven M. Oxenhandler (#28405)
    R. Morgan Briggs (#38141)
    2001 MacArthur Drive/ P.O. Box 6118
    Alexandria, LA 71307-6118
    Tel: (318) 445-6471/ Fax: (318) 445-6476
    Email: jdara@goldweems.com
    Email: moshee@goldweems.com
    Email: soxenhandler@goldweems.com
    Email: mbriggs@goldweems.com
**ATTORNEYS FOR CITY OF ALEXANDRIA, RONNEY HOWARD, JIM LEWIS, AND SAMUEL TERRELL**