**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **MARIO ROSALES, ET AL** | **CIVIL ACTION NO: 1:22-CV-5838** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOHN LEWIS, ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**MOTION TO STAY**

**NOW INTO COURT**, through undersigned counsel, comes Defendant, JIM LEWIS, who respectfully submits the following:

1.

On November 1, 2022, Mario Rosales and Gracie Lasyone filed their Complaint arising from a series of events that occurred on or about June 15, 2022. [Doc. 1].

2.

Within that Complaint, Rosales and Lasyone allege that Rosales was stopped while driving in Alexandria, while Lasyone was a passenger in his vehicle, on June 15, 2022. They allege that the stop constituted an unreasonable seizure in violation of the Plaintiffs' Fourth Amendment rights, that an accompanying search (or searches) was also in violation of the Fourth Amendment, and that their First Amendment right to record the interaction was also violated. They brought these claims against Jim Lewis, along with fellow officer Samuel Terrell, Chief Ronney Howard, and the City of Alexandria in their various individual and official capacities.

3.

On or about August 4, 2023 Lewis was arrested upon information and belief, on charges of Malfeasance in Office and Injury to Public Records. (See Docket Information, attached hereto as

Exhibit 1).

4.

Upon information and belief, on or about August 25, 2023, Lewis, through his criminal defense attorney S. Christie Smith, filed a Motion for Preliminary Exam. (See Criminal Proceeding Documentation, attached hereto as Exhibit 2). That Preliminary Exam is scheduled for September 25, 2023.

5.

Upon information and belief the criminal charge(s) against Lewis remain unresolved.

6.

On or about August 9, 2023, the Plaintiffs propounded discovery upon all Defendants, including Lewis, requesting information and records concerning the August 4, 2023 arrest. (See Plaintiffs' Second Set of Requests for Production to Certain Defendants, attached hereto as Exhibit 3).

7.

By agreement between counsel for the parties, an extension to respond to that discovery was given by the Plaintiffs until September 22, 2023.

8.

On September 21, 2023, a Motion to Withdraw and Substitute Counsel of Record was filed herein, seeking to substitute Misty Antoon as counsel for the City, Chief Howard, and Officer Terrell. [Doc. 33].

9.

Pursuant to said Motion to Substitute, and moving forward, the undersigned solely represents

Jim Lewis.

10.

Lewis invokes his constitutional rights under the Fifth Amendment in response to the Plaintiffs' Second Set of Requests for Production to Certain Defendants, as well as any future discovery directed at facts and issues concerning the on-going criminal charges.

11.

Allowing this matter to proceed, especially in light of upcoming litigation deadlines, places an undue burden on Lewis, as continuing with this matter, particularly discovery, will materially affect his constitutional rights under the Fifth Amendment in his criminal case.

12.

Accordingly, Lewis moves that this matter be stayed during the pendency of the prosecution against Lewis, with the parties allowed to conduct whatever discovery and motion practice may be necessary once said stay is lifted.

13.

Counsel for Lewis has conferred with counsel for all represented parties and Plaintiffs object to the requested stay. Misty Antoon, counsel for the remaining Defendants, consents to the requested stay.

WHEREFORE, Defendant, JIM LEWIS, prays that this matter be stayed, pending the outcome of the criminal charges against Lewis, with the parties allowed to conduct whatever discovery and motion practice may be necessary once said stay is lifted.

Respectfully Submitted:

**PROVOSTY, SADLER & deLAUNAY, APC**

By:/s/ H. Bradford Calvit
H. BRADFORD CALVIT (#18158)
bcalvit@provosty.com
ELI J. MEAUX (#33981)
emeaux@provosty.com
934 Third Street, Suite 800 (71301)
P.O. Box 13530
Alexandria, LA 71315-3530
P: 318/767-3133   F: 318/767-9588
ATTORNEYS FOR DEFENDANT,
JIM LEWIS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of September, 2023, I electronically filed the MOTION TO STAY with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to the following:

| | |
|---|---|
| Joseph P. Beck, III<br>Law Offices of Joe Beck<br>P.O. Box 6<br>Ball, LA 71405<br>Email: joe@joebecklaw.com | Marie Miller<br>Institute for Justice (AZ)<br>398 S. Mill Avenue, Suite 301<br>Tempe, AZ 85281<br>Email: mmiller@ij.org |
| Anna Bidwell<br>Patrick M. Jaicomo<br>Institute for Justice<br>901 N. Glebe Road, Ste. 900<br>Arlington, VA 22203<br>Email: abidwell@ij.org<br>Email: pjaicomo@ij.org | John C. Nickelson<br>Heidi Kemple Martin<br>Nickelson Law<br>7591 Fern Avenue, Suite 1403<br>Shreveport, LA 71105<br>Email: john.nickelson@nickelsonlaw.com<br>Email: heidi.martin@nickelsonlaw.com |

I further certify that I have forwarded the foregoing document via facsimile and/or first-class mail and CMRRR to the following non-CM/ECF participants:

/s/ H. Bradford Calvit
H. BRADFORD CALVIT