UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

MARIO ROSALES ET AL.                          CIVIL ACTION NO. 1:22-CV-5838


VERSUS                                        JUDGE EDWARDS


JIM LEWIS ET AL.                              MAGISTRATE JUDGE PEREZ-MONTES

## SUPPLEMENTAL BRIEF

The Louisiana Commission on Law Enforcement respectfully suggests that the plaintiffs' motion for reconsideration [document no. 39] should be denied. The circumstances that caused the Court to stay this matter have not changed, and no basis exists for the Court's reconsideration of its prior decision.


Respectfully submitted,

**NICKELSON LAW PLLC**

*/s/ John C. Nickelson*

_____
John C. Nickelson #32214
Heidi Kemple Martin #35861
7591 Fern Avenue, Suite 1403
Shreveport, LA 71105
Telephone: (318) 678-5786
Facsimile: (318) 300-4762
john.nickelson@nickelsonlaw.com
heidi.martin@nickelsonlaw.com

ATTORNEYS FOR THE LOUISIANA
COMMISSION ON LAW ENFORCEMENT