UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| Mario Rosales and Gracie Lasyone,<br>Plaintiffs, | Civil No. 1:22-cv-5838 |
| VS.<br>Jim Lewis and Samuel Terrell, in their individual and official capacities, Ronney Howard, in his official capacity, and the City of Alexandria, Louisiana,<br>Defendants. | Judge Edwards<br>Magistrate Judge Perez-Montes |

## RULE 26(f) CASE MANAGEMENT REPORT

A meeting of counsel (and any unrepresented parties) was held on 12/3/2024 by ☒ telephone or ☐ in person. The following persons participated: Marie Miller, on behalf of Plaintiffs Mario Rosales and Gracie Lasyone; Eli Meaux, on behalf of Defendant Jim Lewis; and Misty Antoon, on behalf of Defendants Samuel Terrell, Ronney Howard, and the City of Alexandria.

1. **Initial Disclosures:**
   Initial disclosures were made on 1/23/2023 (Plaintiffs) and 1/27/2023 (Defendants).

2. **Jurisdiction:**
   No party challenges the Court's federal subject-matter jurisdiction over this case, under 28 U.S.C. § 1331.

3. **Joinder of Parties and Amendment of Pleadings:**

   A. All defendants were served on 11/2/2022. (ECF 13, 14, 15, 16.) All defendants filed an Answer and Affirmative Defenses on 12/21/22. (ECF 17.)

   B. The parties do not anticipate amending a pleading or adding a party. However, they may do so if they become aware of information warranting amendment or addition of a party.

   C. N/A

4. **Related Cases:**
   This action does not involve any subject matter comprising all or a material part of the subject matter or operative facts of another action pending before this or another court or administrative agency, or previously dismissed or decided by this Court.

**5. Discovery Issues:**

A. A motion to compel discovery responses from certain defendants, filed by Plaintiffs, is currently pending and requests an order compelling discovery responses and costs for the making of the motion. It is the position of the City of Alexandria, Officer Terrell and former Chief Ronney Howard, that discovery should be stayed pending the court's ruling on qualified immunity; however, counsel for said defendants is still researching this issue at this time. Plaintiffs' position is that a stay of discovery is neither required nor appropriate pending resolution of Officer Terrell's recent assertion of qualified immunity.

B. The parties do not anticipate that this case will require an abbreviated or extended discovery schedule.

C. This is not a legacy case.

**6. Alternative Dispute Resolution:**
The parties do not believe this case is amenable to ADR at this time.

**7. Trial by Magistrate Judge:**
The parties do not consent to trial before the assigned magistrate judge.

| | |
|---|---|
| 12/4/2024 | Marie Miller - Attorney for Plaintiffs |
| (Date) | (Signature and Party Represented) |
| 12/4/2024 | s/ Eli Meaux - Attorney for Defendant Jim Lewis |
| (Date) | (Signature and Party Represented) |
| 12/4/2024 | s/ Misty Shannon Antoon- Attorney for Defendants Samuel Terrell, Ronney Howard, City of Alexandria |
| (Date) | (Signature and Party Represented) |