UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**MARIO ROSALES ET AL**                **CASE NO.   1:22-CV-05838**

**VERSUS**                                              **JUDGE EDWARDS**

**JIM LEWIS ET AL**                          **MAGISTRATE JUDGE PEREZ-MONTES**

NOTICE OF DEFICIENT DOCUMENT

**NOTICE TO FILER:**

The Supplemental Reply to Response filed on September 23, 2025 by Samuel Terrell, Ronney Howard, City of Alexandria was DEFICIENT for the following reason(s):

- ✓ Leave of court has not been granted for the filing of this supplemental memorandum. Please refer to Fed.R.Civ.P. 15(d) regarding supplemental pleadings for additional information.

**Please electronically submit a "Motion for Leave" within 10 days from the date of this notice or the document may be stricken by the court.**   All filing deadlines previously set remain in effect.   Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.