UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

MARIO ROSALES ET AL                    CIVIL ACTION NO. 22-5838

VERSUS                                 JUDGE EDWARDS

JIM LEWIS ET AL                        MAG. JUDGE PEREZ-MONTES

## ORDER

Before the Court is the Report and Recommendation ("R&R") of the Magistrate Judge (R. Doc. 98) recommending the denial of the Motion for Judgment on the Pleadings filed by defendants Samuel Terrell, Ronney Howard, and the City of Alexandria (collectively the "City Defendants") (R. Doc. 70) and the Motion for Judgment on the Pleadings filed by defendant Jim Lewis (R. Doc. 78). The Court has reviewed the Objections to the R&R filed by the City Defendants (R. Doc. 111) and Lewis (R. Doc. 101). The Court has also reviewed the response to the Objections filed by the plaintiffs, Mario Rosales and Gracie Lasyone ("Plaintiffs") (R. Doc. 113).

The Court has conducted a de novo review of the record, including the Plaintiffs' and Defendants' conflicting factual accounts, and the video evidence that is not objectively clear. Given the Rule 12(c) posture of this case, which requires the Court to accept all well-pleaded facts as true and view those facts in the light most favorable to the Plaintiffs,[1] the Court overrules the Defendants' Objections and adopts the Magistrate Judge's findings and recommendation. Accordingly,

---

[1]Fed. R. Civ. P. 12(c); *In re Katrina Canal Breaches Litig.,* 495 F.3d 191, 205 (5th Cir. 2007).

**IT IS HEREBY ORDERED** that the Motion for Judgment on the Pleadings filed by defendants Samuel Terrell, Ronney Howard, and the City of Alexandria (R. Doc. 70) is **DENIED** and the Motion for Judgment on the Pleadings filed by defendant Jim Lewis (R. Doc. 78) is **DENIED.**

**THUS ORDERED AND SIGNED** in Chambers this 6th day of October, 2025.

_____
**JUDGE JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT COURT**