**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **MARIO ROSALES, ET AL** | **CIVIL ACTION NO. 1:22-CV-5838** |
| **VERSUS** | **JUDGE JERRY EDWARDS, JR.** |
| **JOHN LEWIS, ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

### NOTICE OF INTERLOCUTORY APPEAL

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

NOTICE IS HEREBY GIVEN that Defendant, Samuel Terrell, appeals to the United States Court of Appeals for the Fifth Circuit from the Order [ECF No. 114] dated October 6, 2025 which overruled Samuel Terrell's Objections to the Report and Recommendation [ECF No. 111] and adopted the Magistrate Judge's findings contained in the Report and Recommendation [ECF No. 98] denying Samuel Terrell's Motion for Judgment on Pleadings[1] pursuant to Rule 12(c)[2] when Samuel Terrell had asserted *inter alia* qualified immunity.

Defendant, Samuel Terrell, appeals the denial of the Motion for Judgment on the Pleadings pursuant to Rule 12(c) with regards to the denial of qualified immunity and the findings pertaining to the sufficiency of the pleadings.[3]

The District Court's denial of qualified immunity constitutes an appealable final order under the collateral order doctrine.  *See* 28 U.S.C. § 1291; <u>*Mitchell v. Forsyth*</u>, 472 U.S. 511, 525

---

[1] The City of Alexandria and Ronney Howard joined Samuel Terrell in the Motion for Judgment on the Pleadings pursuant to Rule 12(c) and Objections to the Report and Recommendations. Nevertheless, the City of Alexandria and Ronney Howard, who were sued in their official capacities, have not joined in this Notice of Interlocutory Appeal since the Fifth Circuit has not recognized pendent party interlocutory appellate jurisdiction.

[2] On July 7, 2023, the deadline for amendment of the pleadings passed. [ECF No. 22].

[3] The Plaintiffs' Complaint contained links to videos, references to videos and still shots from the videos.  [ECF No. 1].

(1985).  Moreover, the sufficiency of pleadings is "inextricably intertwined with" and "directly implicated" by the qualified immunity defense and thus, is immediately appealable.[4] *Ashcroft v. Iqbal*, 556 U.S. 662, 673, 129 S.Ct. 1937, 1947 (2009) ("whether a particular complaint sufficiently alleges a clearly established violation of law cannot be decided in isolation from the facts pleaded").

The parties to the order appealed, and the names of their representative attorneys are as follows:

**A. Plaintiffs, Mario Rosales and Gracie Lasyone, are represented by**

Joseph Pershing Beck , III (LEAD ATTORNEY)
Law Offices of Joseph Beck
P O Box 6
Ball, LA 71405
318-640-9202
Fax: 318-640-9203
Email: joe@joebecklaw.com

Marie L Miller
Institute for Justice
3200 N Central Ave Ste 2160
Phoenix, AZ 85012
480-557-8300
Fax: 480-557-8305
Email: mmiller@ij.org
PRO HAC VICE

Patrick M Jaicomo
Anna Bidwell
Institute for Justice
901 N Glebe Rd Ste 900
Arlington, VA 22203
703-682-9320
Email: pjaicomo@ij.org
Email: abidwell@ij.org
PRO HAC VICE

---

[4] "The District Court's order denying petitioners' motion to dismiss is a final decision under the collateral-order doctrine over which the Court of Appeals had, and this Court has, jurisdiction." *Iqbal*, 556 U.S. 662, 675.

**B. Defendant, Officer Samuel Terrell, is represented by:**

Misty Shannon Antoon (LEAD ATTORNEY)
Law Office of Misty Shannon Antoon
2312 S MacArthur Dr
Alexandria, LA 71301
318-792-3514
Email: misty@antoonlaw.com

Additionally, co-defendant, Jim Lewis, who has not yet filed a Notice of Appeal as to his own Motion for Judgment on the Pleadings which is subject to the same Order [ECF No. 114] is represented by:

H Bradford Calvit (LEAD ATTORNEY)
Eli Jules Meaux
John D Ryland
Provosty Sadler et al
4615 Parliament Dr Ste 200
Alexandria, LA 71315-3530
318-445-3631
Email: bcalvit@provosty.com
Email: emeaux@provosty.com
Email: jryland@provosty.com

WHEREFORE, Samuel Terrell prays that this Notice of Interlocutory Appeal be received into the record and served upon all parties, and that the Clerk of this District Court shall process the appeal as required by the Federal Rules of Appellate Procedure.

Respectfully submitted,

BY: *s/ Misty Shannon Antoon*
Misty Shannon Antoon, T.A. (#27079)
Misty@antoonlaw.com
2312 S. MacArthur Drive
Alexandria, LA 71301
318.792.3514

*Counsel for Defendant, Officer Samuel Terrell*