**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **MARIO ROSALES, ET AL** | **CIVIL ACTION NO. 1:22-CV-5838** |
| **VERSUS** | **JUDGE JERRY EDWARDS, JR.** |
| **JOHN LEWIS, ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

## NOTICE OF INTERLOCUTORY APPEAL

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

NOTICE IS HEREBY GIVEN that Defendant, JIM LEWIS ("Defendant"), hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Order [ECF No. 114] dated October 6, 2025 which overruled the Defendant's Objections to the Report and Recommendation [ECF No. 101] and adopted the Report and Recommendation [ECF No. 98] issued by the Magistrate Judge denying the Defendant's Motion for Judgment on Pleadings pursuant to Rule 12(c).

Defendant appeals the denial of his Motion for Judgment on the Pleadings pursuant to Rule 12(c) as to the denial of qualified immunity and the sufficiency of pleadings.

The District Court's denial of qualified immunity is an appealable final order under the collateral order doctrine. *See* 28 U.S.C. § 1291; Mitchell v. Forsyth, 472 U.S. 511, 525 (1985). Moreover, the sufficiency of pleadings is "inextricably intertwined with" and "directly implicated" by the qualified immunity defense and thus, is immediately appealable. Ashcroft v. Iqbal, 556 U.S. 662, 673, 129 S.Ct. 1937, 1947 (2009)("whether a particular complaint sufficiently alleges a clearly established violation of law cannot be decided in isolation from the facts pleaded"). "The District Court's order denying petitioners' motion to dismiss is a final decision under the collateral-order doctrine over which the Court of Appeals had, and this Court has, jurisdiction." Iqbal, 556 U.S. 662,

675.

The parties to the order appealed, and the names of their representative attorneys are as follows:

A.    **Plaintiffs, Mario Rosales and Gracie Lasyone:**
      **Represented by:**

      Joseph Pershing Beck, III
      Law Offices of Joseph Beck
      P O Box 6
      Ball, LA 71405
      318-640-9202
      Fax: 318-640-9203
      Email: joe@joebecklaw.com
      LEAD ATTORNEY

      Marie L Miller
      Institute for Justice
      3200 N Central Ave Ste 2160
      Phoenix, AZ 85012
      480-557-8300
      Fax: 480-557-8305
      Email: mmiller@ij.org
      PRO HAC VICE

      Patrick M Jaicomo
      Anna Bidwell
      Institute for Justice
      901 N Glebe Rd Ste 900
      Arlington, VA 22203
      703-682-9320
      Email: pjaicomo@ij.org
      Email: abidwell@ij.org
      PRO HAC VICE

B.    **Defendant, Jim Lewis:**
      **Represented by:**

      H Bradford Calvit (LEAD ATTORNEY)
      Eli Jules Meaux
      John D Ryland
      PROVOSTY, SADLER, & deLAUNAY APC
      4615 Parliament Dr Ste 200

Alexandria, LA 71315-3530
318-445-3631
Email: bcalvit@provosty.com
Email: emeaux@provosty.com
Email: jryland@provosty.com

**C.** **Additionally, co-defendants, the City of Alexandria, Samuel Terrell and Ronney Howard:**
**Represented by:**

Misty S Antoon
Law Office of Misty S Antoon
2312 S MacArthur Dr
Alexandria, LA 71301
318-792-3514
Email: misty@antoonlaw.com
LEAD ATTORNEY

WHEREFORE, it is prayed that this Notice of Interlocutory Appeal be received into the

record and served upon all parties, and that the Clerk of this District Court shall process the appeal

as required by the Federal Rules of Appellate Procedure.

Respectfully submitted,

**PROVOSTY, SADLER & deLAUNAY, APC**

By: /s/ H. Bradford Calvit
H. BRADFORD CALVIT (#18158)
bcalvit@provosty.com
P: 318-767-3133      F: 318/767-9588
JOHN D. RYLAND (#20355)
jryland@provosty.com
P: 318-767-3177      F: 318/767-9588
ELI J. MEAUX (#33981)
emeaux@provosty.com
P: 318-767-3118      F: 318/767-9588
4615 Parliament Dr., Suite 200 (71303)
P.O. Box 13530
Alexandria, LA 71315-3530
P: 318/445-3631; F: 318/445-9377
ATTORNEYS FOR DEFENDANT,
JIM LEWIS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of November, 2025, I electronically filed the NOTICE OF INTERLOCUTORY APPEAL with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to the following:

| | |
|---|---|
| Joseph Pershing Beck, III<br>Law Offices of Joseph Beck<br>P O Box 6<br>Ball, LA 71405<br>318-640-9202   Fax: 318-640-9203<br>Email: joe@joebecklaw.com<br>*ATTORNEYS FOR PLAINTIFFS* | Misty S Antoon<br>Law Office of Misty S Antoon<br>600 W Shore Dr<br>Alexandria, LA 71303<br>318-792-3514<br>Email: misty@antoonlaw.com<br>*ATTORNEYS FOR DEFENDANTS,*<br>*SAMUEL TERRELL, SUED IN HIS*<br>*INDIVIDUAL AND OFFICIAL CAPACITY,*<br>*RONNEY HOWARD SUED IN HIS*<br>*OFFICIAL CAPACITY, CITY OF*<br>*ALEXANDRIA* |
| Patrick M Jaicomo<br>Anna Bidwell<br>Institute for Justice<br>901 N Glebe Rd Ste 900<br>Arlington, VA 22203<br>703-682-9320<br>Email: pjaicomo@ij.org<br>Email: abidwell@ij.org<br>*PRO HAC VICE FOR PLAINTIFFS* | John C Nickelson<br>Nickelson Law<br>7591 Fern Ave Ste 1403<br>Shreveport, LA 71105<br>318-678-5786  Fax: 318-300-4762<br>Email: john.nickelson@nickelsonlaw.com<br>*ATTORNEYS FOR DEFENDANT,*<br>*LOUISIANA COMMISSION ON LAW*<br>*ENFORCEMENT* |
| Marie L Miller<br>Institute for Justice (AZ)<br>398 S Mill Ave Ste 301<br>Tempe, AZ 85281<br>480-557-8300<br>Email: mmiller@ij.org<br>*PRO HAC VICE FOR PLAINTIFFS* | Heidi Kemple Martin<br>Nickelson Law<br>7591 Fern Ave Ste 1403<br>Shreveport, LA 71105<br>318-678-5800  Fax: 318-300-4762<br>Email: heidi.martin@nickelsonlaw.com<br>*ATTORNEYS FOR DEFENDANT,*<br>*LOUISIANA COMMISSION ON LAW*<br>*ENFORCEMENT* |

I further certify that I have forwarded the foregoing document via facsimile and/or first-class mail and/or CMRRR to the following non-CM/ECF participants:    None

/s/ H. Bradford Calvit
OF COUNSEL